**Domingo ANDRES–PEDRO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–72932.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 10, 2010.

Susan E. Hill, Hill Piibe & Villegas, Los Angeles, CA, for Petitioner.

Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, James A. Hunolt, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Domingo Andres–Pedro, a native and citizen of Guatemala, petitions for review

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision granting the government's motion to terminate removal proceedings. We dismiss the petition for review.

Because an order terminating removal proceedings is not an order of removal, we lack jurisdiction over Andres–Pedro's petition for review. *See Alcala v. Holder,* 563 F.3d 1009, 1013 (9th Cir.2009).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.